CARL E. SCHMIDT, as Administrator of EDWARD F. SCHMIDT, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Schmidt* v. *N. Y. C. & H. R. R. R. Co.,* 33 App. Div. 628, affirmed.
(Argued October 13, 1899; decided October 27, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 15, 1898, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Alexander H. Cowie* for appellant.

*Charles P. Ryan* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.

---

DAVID J. ISAACS and HENRY C. SMITH, Respondents, *v.* MARY E. CALDER, Appellant.

Reported below, 42 App. Div. 152.
(Submitted October 23, 1899; decided October 27, 1899.)

Motion to open a default on argument denied, with ten dollars costs.